**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Giovanni Kurtze,

          Plaintiff

v.

Eric Johnson, et al.,

          Defendants

Case No.: 2:17-cv-02756-JAD-GWF

**Order Adopting
Report & Recommendation**

[ECF No. 6]

Giovanni Kurtze brought this civil-rights action to redress Sixth and Eighth Amendment violations he claims occurred during his state-court trial before Eighth Judicial District Court Judge Eric Johnson. Magistrate Judge George Foley screened Kurtze's complaint and recommends that I dismiss this action with prejudice.[1] The deadline for Kurtze to object to that recommendation was November 30, 2018, and Kurtze filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that this action is dismissed with prejudice for failure to state a claim. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: December 3, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).